BRUCE L. SHAFFER, SB# 062730
  E-Mail: shaffer@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
2850 Gateway Oaks Drive, Suite 450
Sacramento, California 95833
Telephone: (916) 564-5400
Facsimile: (916) 564-5444

Attorneys for Defendant WABASH METAL PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRETT PROCKNOW,,<br><br>  Plaintiff,<br><br>  v.<br><br>WABASH METAL PRODUCTS, INC., ACS GROUP, INC. and DOES 1 through 20, inclusive,,<br><br>  Defendant. | CASE NO. C-11-03589-WHA<br><br>*The Honorable William H. Alsup*<br><br>*San Francisco Superior Court Action No. CGC-11-511648*<br><br>**STIPULATION STRIKING PUNITIVE DAMAGE ALLEGATIONS FROM PLAINTIFF'S COMPLAINT/TIME FOR ANSWER TO COMPLAINT AND ORDER THEREON** |

**STIPULATION**

**IT IS HEREBY STIPULATED** by and between plaintiff GARRETT PROCKNOW, through his attorneys of record, KERSHAW, CUTTER & RATINOFF, and defendant WABASH METAL PRODUCTS, INC., through its attorneys, LEWIS BRISBOIS BISGAARD & SMITH LLP, as follows:

1. That Paragraph 21 of plaintiff's complaint, which alleges that plaintiff is entitled to an award of exemplary and punitive damages, shall be stricken from the complaint without prejudice to plaintiff's ability to later file a motion to amend his complaint to replead punitive and exemplary damages.

2. That defendant WABASH METAL PRODUCTS, INC. may have ten (10) days from the

date of the Court's order to file its answer to plaintiff's complaint.

DATED: August 19, 2011                KERSHAW, CUTTER & RATINOFF

By:   /s/ C. Brooks Cutter
      C. Brooks Cutter
      Attorneys for Plaintiff

DATED: August 19, 2100                LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   /s/ Bruce L. Shaffer
      Bruce L. Shaffer
      Attorneys for Defendant
      WABASH METAL PRODUCTS, INC.

## ORDER

Based on the pleadings and papers on file herein and the above Stipulation,

IT IS HEREBY ORDERED AS FOLLOWS:

1. That Paragraph 21 of plaintiff's complaint, which alleges that plaintiff is entitled to an award of exemplary and punitive damages, shall be stricken without prejudice to plaintiff's ability to later file a motion to amend his complaint to replead punitive and exemplary damages.

2. That defendant WABASH METAL PRODUCTS, INC. shall have ten (10) days from the date of this Order to file its answer to plaintiff's complaint.

DATED: August 29, 2011

_____
THE HONORABLE WILLIAM ALSUP
United States District Court Judge